IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01667-RPM

REINHOLD O. QUEVEDO,

    Plaintiff,
v.

ARISTEDES W. ZAVARAS, Executive Director, Colorado Department of Corrections,
SUSAN JONES, Warden, Colorado State Penitentiary, and
JOHN SUTHERS, The Attorney General of the State of Colorado

    Defendants.

_____

### ORDER MODIFYING ORDER FOR STATE COURT RECORD
_____

Upon reassignment of this case and after review of the pleadings, this Court has determined that adjudication of the issues raised in the Combined Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and Supporting Brief [1] does not require an examination of the complete record of the state court proceedings as ordered by Magistrate Judge Boyd N. Boland on April 15, 2011, but only the record of the proceedings at the re-sentencing by Judge Fasing on December 7, 2004.  Accordingly, it is

ORDERED that the Order for State Court Record, entered April 15, 2011, is modified to limit the production to the transcript and exhibits received at the sentencing hearing on December 7, 2004.

DATED: May 3rd, 2011

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge